JACOB A. ULANOV, Respondent, v. EVA V. C. HAWKES, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and dis-

bursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.